## Commonwealth *v.* Western Pennsylvania Fur Farmers Cooperative Association, Appellant.

Argued May 28, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William H. Wood,* with him *Leon D. Metzger, Charles G. Hasson,* and *Hull, Leiby and Metzger,* for appellant.

*Edward T. Baker,* Deputy Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, October 9, 1963:

The court below determined that the raising and breeding of mink does not constitute farming or agriculture within the exemptive provisions of Section 2(j) of the Selective Sales and Use Tax Act of March 6, 1956, P. L. (1955) 1228, as amended, 72 P.S. §3403-2(j); and that food that is consumed by the mink is not resold as that term is used in Section 2(h)(2), 72 P.S. §3403-2(h)(2) of the Act upon the sale of the pelt by the mink raiser.

Judgment affirmed.